1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CALYSTA SHARP,                          No.  2:17-cv-0496 GEB CKD PS

12              Plaintiff,

13        v.                                 ORDER AND

14   CALIFORNIA DEPARTMENT OF                ORDER TO SHOW CAUSE
     CHILD PROTECTIVE SERVICES,
15
              Defendants.
16

17

18        Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to

19   28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by

20   Local Rule 302(c)(21).

21        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable

22   to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma

23   pauperis will be granted.  28 U.S.C. § 1915(a).

24        The federal in forma pauperis statute authorizes federal courts to dismiss a case if the

25   action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted,

26   or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C.

27   § 1915(e)(2).  The complaint alleges federal question as the basis for subject matter jurisdiction in

28   this court.  However, plaintiff cites a non-existent statute as the basis of federal question

1 jurisdiction.  The federal courts are courts of limited jurisdiction.  In the absence of a basis for

2 federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for

3 federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause

4 why this action should not be dismissed.  Failure to allege a proper basis for subject matter

5 jurisdiction will result in a recommendation that the action be dismissed.

6        Accordingly, IT IS HEREBY ORDERED that:

7        1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted; and

8        2.  No later than March 31, 2017, plaintiff shall show cause why this action should not be

9 dismissed for lack of subject matter jurisdiction.

10 Dated:  March 15, 2017

11 _____
   CAROLYN K. DELANEY
12 UNITED STATES MAGISTRATE JUDGE

13 4 sharp0252.ifp.nosmj

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28