UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALYSTA SHARP, | No. 2:17-0496 GEB CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CALIFORNIA DEPARTMENT OF CHILD PROTECTIVE SERVICES, | |
| Defendant. | |

In this action, plaintiff is proceeding pro se and in forma pauperis. Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff was ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Plaintiff has not filed a response to the order to show cause. There appears to be no federal question subject matter jurisdiction. It also appears that diversity jurisdiction is also lacking because the parties do not appear to be diverse.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 5, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 sharp0496.nosmj.57